IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

**LOUIS MICHAEL RICCARDI JR.,**

    **Plaintiff,**

v.                                              **CASE NO. 5:13-cv-70-RS-GRJ**

**ELWYN LOUIS, et. al.,**

    **Defendants.**

_____/

## **ORDER**

Before me is the Magistrate Judge's Report and Recommendation (Doc. 36). Plaintiff has not filed an objection. I have reviewed the recommendation *de novo*.

**IT IS ORDERED:**

1. The Magistrate Judge's Report and Recommendation is approved and incorporated in this Order.

2. Defendants' Motion to Dismiss (Doc. 30) is **GRANTED IN PART AND DENIED IN PART**.

3. Defendants Louis, Sellers, and Bryant are entitled to Eleventh Amendment immunity and therefore any official capacity claims for damages against them are **DISMISSED**.

4. The individual capacity claims against Defendants Sellers and Bryant are **DISMISSED** for failure to exhaust administrative remedies and failure to state a claim.

5. Defendants' motion to dismiss as to Defendant Louis in his individual capacity for failure to exhaust administrative remedies is **DENIED.**

6. This case shall proceed only as to the individual capacity claim of Eighth Amendment deliberate indifference against Defendant Dr. Louis.

7. This case is remanded to the Magistrate Judge for further proceedings.

**ORDERED** on October 24, 2013.

>  /S/ Richard Smoak
> **RICHARD SMOAK**
> **UNITED STATES DISTRICT JUDGE**