IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

**LOUIS MECHAEL RICCARDI JR.,**

    Plaintiff,

v.                                    **CASE NO. 5:13-cv-70-RS-GRJ**

**DR. ELWYN LOUIS, et al.,**

    Defendants.
_____/

## ORDER

Before me are the Magistrate Judge's Report and Recommendation (Doc. 53), and Plaintiff's Motion for Continuance of Deposition and Motion to Request Appointment of Counsel (Doc. 55). No objection to the report and recommendation has been filed. I have reviewed the report and recommendation *de novo*.

**IT IS ORDERED:**

1. The Magistrate Judge's Report and Recommendation is approved and incorporated in this Order.

2. The relief requested in Plaintiff's Motion for Continuance of Deposition and Motion to Request Appointment of Counsel (Doc. 55) is **DENIED**.

3. The relief requested in Defendants' Motion to Dismiss (Doc. 50) is **GRANTED**. Accordingly, the case is **DISMISSED without prejudice**.

4. The clerk is directed to close the file.

**ORDERED** on September 9, 2014.

                /S/ Richard Smoak
                **RICHARD SMOAK**
                **UNITED STATES DISTRICT JUDGE**